UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHYTHMONE, LLC,

        Plaintiff,

    v.

ADDOOX MEDIA, LTD, et al.,

        Defendants.

Case No.  3:20-cv-05779-JD

**ORDER TO SHOW CAUSE**

On March 3, 2022, the Court held a regularly noticed case management conference in this case. Attorney Richard John Zuromski, Jr., counsel of record for plaintiff, did not file a joint case management statement as required by our District's local rules and the Court's standing order. Attorney Zuromski also failed to appear at the conference. The absence was unexcused, and attorney Zuromski neither requested nor was granted leave not to appear.

These defaults unfairly burden defendants and the Court, and needless multiply the proceedings in this case. Attorney Zuromski is ordered to show cause in writing why the Court should not impose monetary sanctions for the defaults, and refer him to the Standing Committee on Professional Conduct for further disciplinary proceedings. The response to the order must be filed no later than 5:00 p.m. California time on March 9, 2022. Defendants need not submit a statement.

    **IT IS SO ORDERED.**

Dated:  March 3, 2022

JAMES DONATO
United States District Judge

United States District Court
Northern District of California